IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0524

_____

PROTECT THE CLEARWATER,

       Plaintiff and Appellee,

    v.

MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY,
and L.H.C, INC.,

       Defendants and Appellants.

_____

       O R D E R

       Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

       The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Larson, District Judge.

       For the Court,

       Electronically signed by:
       Mike McGrath
       Chief Justice, Montana Supreme Court
       June 12 2024